Michael D. Bailey, SBN 022117
Nancy A. Mangone, SBN 022937
**OFFICE OF THE CITY ATTORNEY**
**CITY OF GLENDALE**
5850 West Glendale Avenue, Suite 450
Glendale, Arizona 85301
(623) 930-2930/Fax (623) 915-2391
mdbailey@glendaleaz.com
nmangone@glendaleaz.com

*Attorneys for Defendant Joshua Hickman*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Phillip Fenty,<br><br>        Plaintiff,<br><br> vs.<br><br>Joshua Hickman, et al.,<br><br>        Defendants. | No. CV-20-01245-PHX-DJH-JZB<br><br>**DEFENDANT HICKMAN'S NOTICE OF STATUS** |

      In the Court's Order dated December 18, 2020 [Doc. 13], the Court directed Defendant Hickman to file with the Court a "Notice of Status" that informs the Court of the status of Plaintiff's criminal case currently pending in Maricopa County Superior Court (CR2019-001141) on the first business day of February 2021, and on the first business day of every third month thereafter. This filing is intended to comply with the Court's Order.

      **Status of Plaintiff's criminal case.** Plaintiff's criminal case is captioned *State of Arizona v. Jason Phillip Fenty*, CR2019-001141. In that case, Plaintiff is charged with two felony counts—identity theft (A.R.S. § 13-2008(A)) and forgery (A.R.S. § 13-2002(A)(2)). To the best of Officer Hickman's knowledge, this is the only criminal case that relates to the incident described in Plaintiff's complaint. According to the online case docket, the

matter is still pending, and it appears that Plaintiff's trial has been rescheduled and set for March 9, 2021. A printout of the case docket is attached as **Exhibit 1** for the Court's convenience and can also be accessed via the hyperlink in the footnote.[1]

RESPECTFULLY SUBMITTED this 1st day of February, 2021.

CITY OF GLENDALE

By: /s/ *Nancy A. Mangone*
Michael D. Bailey
Nancy A. Mangone
*Attorneys for Defendant Joshua Hickman*

---

[1] http://www.superiorcourt.maricopa.gov/docket/CriminalCourtCases/caseInfo.asp?caseNumber=CR2019-001141 (last visited February 1, 2020).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

I further certify that on this same date, I served the attached document by, U.S. Mail, on the following who is not a participant of the CM/ECF System.

Jason Fenty, T-471000
3250 W. Lower Buckeye Rd
Phoenix, AZ 85009
*Plaintiff, Pro Se*

By: /s/ *Lindsay Wright*